United States District Court
Middle District of Tennessee

Office of the Clerk
800 United States Courthouse
Nashville, Tennessee 37203
(615) 736-7396



E-Mail: Joyce_A_Brooks@tnmd.uscourts.gov
Web Site: www.tnmd.uscourts.gov

May 12, 2010

Clerk
U. S. District Court
Clifford Davis and Odell Horton
  Federal Building
167 North Main Street, Room 242
Memphis, TN 38103

Re: TRANSMISSION OF RULE 5 DOCUMENTS
    USA v. William Harness
    Western District of Tennessee Case No. 10-20194 - *MAYS*
    Middle District of Tennessee Magistrate Case No. 10-3028

Dear Clerk:

Enclosed please find certified copies of Rule 5 paperwork for the above-reference case.

Sincerely,

Joyce A. Brooks
Criminal Docketing Clerk

Enclosures

cc: U. S. Marshal Service
    U. S. Probation Office

**U.S. District Court**
**Middle District of Tennessee (Nashville)**
**CRIMINAL DOCKET FOR CASE #: 3:10-mj-03028 All Defendants**
**Internal Use Only**

Case title: USA v. Harness

Date Filed: 05/10/2010
Date Terminated: 05/10/2010

Assigned to: Magistrate Judge Joe Brown

**Defendant (1)**

William Harness
*Rule 5 to the Western District of Tennessee*
*TERMINATED: 05/10/2010*

represented by Hugh Michael Mundy
Federal Public Defender's Office
810 Broadway
Suite 200
Nashville, TN 37203
(615) 736-5047
Email: hugh_mundy@fd.org
*ATTORNEY TO BE NOTICED*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

21:846 and 21:843(b) Attempt to possess with intent to distribute a controlled substance

**Disposition**

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By
Deputy Clerk

**Plaintiff**

USA

represented by Matthew John Everitt
Office of the United States Attorney (MDTN)
110 Ninth Avenue, S
Suite A961
Nashville, TN 37203-3870
(615) 736-2113
Fax: (615) 736-5323
Email: matthew.everitt@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/10/2010 | 1 | Warrant issued in the Western District of Tennessee on 4/28/10 returned executed on 5/10/10 as to William Harness. (jb) (Entered: 05/12/2010) |
| 05/10/2010 | | Arrest (Rule 5) of William Harness on 5/10/10. (jb) (Entered: 05/12/2010) |

| | | |
|---|---|---|
| 05/10/2010 | 2 | Minute Entry for proceedings held before Magistrate Judge Joe Brown: Initial Appearance in Rule 5(c)(3) Proceedings as to William Harness held on 5/10/2010. Identity Hearing waived. Deft appeared with appointed counsel Hugh Mundy. Deft released on own recognizance to appear in the Western District of Tennessee when notified. (jb) (Entered: 05/12/2010) |
| 05/10/2010 | 3 | WAIVER of Rule 5 & 5.1 Hearings by William Harness. (jb) (Entered: 05/12/2010) |
| 05/10/2010 | 4 | ACKNOWLEDGMENT by William Harness of receipt and review of Notice and Explanation of Rights. (jb) (Entered: 05/12/2010) |
| 05/10/2010 | 5 | CJA 23 Financial Affidavit by William Harness. (jb) (Entered: 05/12/2010) |
| 05/10/2010 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to William Harness. Signed by Magistrate Judge Joe Brown on 5/10/10. (jb) (Entered: 05/12/2010) |
| 05/10/2010 | 7 | ORDER Setting Conditions of Release as to William Harness: Deft released on own recognizance to appear in the Western District of Tennessee as notified. Signed by Magistrate Judge Joe Brown on 5/10/10. (jb) (Entered: 05/12/2010) |
| 05/10/2010 | 8 | ORDER Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail as to William Harness. Deft to appear as notified in the Western District of Tennessee. Signed by Magistrate Judge Joe Brown on 5/10/10. (jb) (Entered: 05/12/2010) |
| 05/10/2010 | | (Court only) ***Case closed. (jb) (Entered: 05/12/2010) |
| 05/12/2010 | 9 | Rule 5(c)(3) Documents Transmitted as to William Harness to the Western District of Tennessee. (jb) (Entered: 05/12/2010) |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>WILLIAM HARNESS<br>*Defendant* | )<br>)  Case No. 10-20194<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* WILLIAM HARNESS,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846- Attempt to possess with intent to distribute a controlled substance; and
21 U.S.C. § 843(b)- Possession of equipment, chemicals, products and materials which may be used to manufacture a controlled substance.

Date: 04/28/2010

*Issuing officer's signature*

City and state: Memphis, TN 38103

THOMAS M. GOULD, CLERK U.S. DISTRICT COURT
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 5-10-2010
at *(city and state)* Nashville, TN.

Date: 5-10-2010

*Arresting officer's signature*

TFO Mike Perez   DEA
*Printed name and title*

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee

By _____
Deputy Clerk

CRIMINAL MINUTES   TIME: 26 min.
MAGISTRATE JUDGE BROWN

UNITED STATES OF AMERICA v William Harkess
CRIMINAL No. 10-mj-3028   OUT-OF-DISTRICT NO. 10-20194 WD-TN
INTERPRETER REQUIRED _____   LANGUAGE _____

## MAGISTRATE JUDGE'S RESUME

INITIAL HEARING HELD: 5-10-10   Defendant Arrested: 5-10-10

Government represented by: Matt Everitte
Defendant advised of contents of Complaint/<u>Indictment</u>/Information  x
Defendant advised of constitutional rights  x
Defendant advised of right to preliminary hearing __
**Defendant appeared with counsel:** NO  (YES)  Name: Hugh Mundy
Financial Affidavit filed: (YES)
Federal Public Defender appointed: (YES)
Government filed motion for Detention: (NO)  YES
Defendant temporarily detained: NO  YES
Defendant is in State custody: (NO)
Defendant released on ___ OR  w/ conditions ___ bond

**PRELIMINARY/IDENTITY HEARING HELD:** _____   WAIVED: _____

Bound Over/Discharged/Held to Answer in District of Prosecution

**DETENTION HEARING HELD:** set _____   WAIVED _____

Defendant appeared with counsel: NO  YES  Name _____
Bond set at _____   Released on OR bond w/conditions
Defendant detained until trial, order entered _____

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By _____
Deputy Clerk

**GRAND JURY WAIVED:** _____

**ARRAIGNMENT HELD:** _____  WAIVED: _____

Defense counsel: _____
Defendant acknowledges he/she has copy of Indictment/Information  x
Waives reading thereof _____ Plea: **Not Guilty**
Intends to plead guilty and referred to District Judge _____
Defendant consented to trial before Magistrate Judge:  NO  YES
Defendant did not appear, bench warrant issued _____
Continued to: _____

**OTHER:**
Defendant appeared on _____ to apply for appointment of counsel
Financial affidavit filed: NO  YES
Federal Public Defender appointed: NO  YES

**Date defendant first appeared with counsel other than one of the above:**
_____  Name of counsel: _____
Type of Hearing: _____

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. ) Case No. 10-mj-3028 MB
William Harness )
Defendant ) Charging District's Case No. 10-20194

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Western District-Tenn.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☐ a preliminary hearing. N/A

☐ a detention hearing. N/A

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 5-10-10

*Defendant's signature*

*Signature of defendant's attorney*

Hugh Mundy
*Printed name of defendant's attorney*

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA )
)
)
v. ) NO. 10-mj-3028
)
)
_William Harness_ )

ACKNOWLEDGMENT OF RECEIPT AND REVIEW
OF NOTICE AND EXPLANATION OF RIGHTS

I, _William Harness_, hereby state that I have read the foregoing "Important Notice to Defendant and Explanation of Rights and Proceedings" (or that it has been explained to me), that I understand my rights as set forth therein, and that I have been provided with a copy of the foregoing Notice.

Signed in open Court this _10th_ Day of _May_, 20_10_.

_____
Signature of Defendant

_____
Signature of Counsel

_____
Signature of Judicial Officer

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By_____
Deputy Clerk

6

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
Rev. 5/98

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF

_____ V.S. _____ FOR _____ AT _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): (X) William Curtis Harness Jr

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: _____
District Court: ▶
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☑ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: MASSBAUM MUSIC ENT.
- IF YES, how much do you earn per month? $ 1500.00 - 2000+
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☑ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

*OTHER INCOME*
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ _____ SOURCES _____

*CASH*
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No IF YES, state total amount $ _____

*PROPERTY*
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE $ _____ DESCRIPTION _____

**DEPENDENTS**
MARITAL STATUS:
___ SINGLE
✓ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED

Total No. of Dependents: 5

List persons you actually support and your relationship to them: Wife, 3 girls, 1 boy (kids)

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Home (Rent) | | $ | $ 1350.00 |
| Medical bills | | $ 17,000.00 | $ |
| Town's Auto | | $ 11,000 | $ 400.00 |
| Utilities - Lights, Water Etc. | | $ | $ 300.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) (X) 5-10-10

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ (X) [signature]

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          10-mj-3028 MB

William Harness                 ORDER

On the basis of the defendant's affidavit in this cause, the Court determines that the defendant:

___ is financially able to employ counsel and, therefore, denies his application for appointment of counsel at government expense.

_X_ is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent him.

_X_ is financially unable to pay the fee of any witness and pursuant to Rule 17(b), Federal Rules of Criminal Procedure, Title 18 U.S.C., the Clerk shall issue a subpoena for any witness, PROVIDED that the defendant and his counsel shall submit subpoenas only for those witnesses whose presence is necessary to present an adequate defense to the charge of charges.

___ Upon motion of the Government, the Court may order repayment or partial repayment from the defendant for the attorney and witness fees for these services Should it appear that the defendant has such ability at a later time.

It is so ORDERED.

Dated:
5-10-10

JOE B. BROWN
United States Magistrate Judge

cc: United States Attorney
    Federal Public Defender
    United States Marshal
    United States Probation

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By_____
Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

United States of America )
v. )
William Harness )  Case No. 10-mj-3028 MB
_____ )
Defendant )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate any federal, state or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change in address or telephone number.

(4) The defendant must appear in court as required and must surrender to serve any sentence imposed

The defendant must appear at *(if blank, to be notified)* _____
                                                                    Place

on _____
                Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released on condition that:

( ✔ ) (5) The defendant promises to appear in court as required and surrender to serve any sentence imposed.

(   ) (6) The defendant executes an unsecured bond binding the defendant to pay to the United States the sum of
_____ dollars ($ _____ )
in the event of a failure to appear as required or surrender to serve any sentence imposed.

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By _____
Deputy Clerk

DISTRIBUTION:  COURT  DEFENDANT  PRETRIAL  SERVICES  U.S. ATTORNEY  U.S. MARSHAL

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons or the community, IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (7) The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____ Tel. No. *(only if above is an organization)* _____

who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: _____
*Custodian or Proxy*         Date

( ) (8) The defendant must:
- ( ) (a) report to the _____, telephone number _____, no later than _____.
- ( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
- ( ) (c) post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum
- ( ) (d) execute a bail bond with solvent sureties in the amount of $ _____
- ( ) (e) maintain or actively seek employment.
- ( ) (f) maintain or commence an education program.
- ( ) (g) surrender any passport to: _____
- ( ) (h) obtain no passport.
- ( ) (i) abide by the following restrictions on personal association, place of abode, or travel: _____
- ( ) (j) avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to: _____
- ( ) (k) undergo medical or psychiatric treatment: _____
- ( ) (l) return to custody each (week) day at _____ o'clock after being released each (week) day at _____ o'clock for employment, schooling, or the following purpose(s): _____
- ( ) (m) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
- ( ) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
- ( ) (o) refrain from ( ) any ( ) excessive use of alcohol.
- ( ) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- ( ) (q) submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.
- ( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.
- ( ) (s) participate in one of the following location monitoring program components and abide by its requirements as the pretrial services officer or supervising officer instructs.
    - ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
    - ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer; or
    - ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.
- ( ) (t) submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the pretrial services officer or supervising officer related to the proper operation of the technology.
    ( ) The defendant must pay all or part of the cost of the program based upon your ability to pay as the pretrial services office or supervising officer determines.
    - ( ) (i) Location monitoring technology as directed by the pretrial services office or supervising officer;
    - ( ) (ii) Radio Frequency (RF) monitoring;
    - ( ) (iii) Passive Global Positioning Satellite (GPS) monitoring;
    - ( ) (iv) Active Global Positioning Satellite (GPS) monitoring (including "hybrid" (Active/Passive) GPS);
    - ( ) (v) Voice Recognition monitoring.
- (✓) (u) *See attached Page 3*

DISTRIBUTION: COURT    DEFENDANT    PRETRIAL SERVICES    U.S. ATTORNEY    U.S. MARSHAL

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 10-mj-3028 MB |
| William Harness | ) | |
| Defendant | ) | Charging District: WD-TN |
| | ) | Charging District's Case No. 10-20194 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Courtroom No.: |
|---|---|
| | Date and Time: |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 5-10-10

*Judge's signature*

Joe B. Brown, U.S. Magistrate Judge
*Printed name and title*

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By_____
Deputy Clerk

United States District Court
Middle District of Tennessee

Office of the Clerk
800 United States Courthouse
Nashville, Tennessee 37203
(615) 736-7396

E-Mail: Joyce_A_Brooks@tnmd.uscourts.gov
Web Site: www.tnmd.uscourts.gov

May 12, 2010

Clerk
U. S. District Court
Clifford Davis and Odell Horton
 Federal Building
167 North Main Street, Room 242
Memphis, TN 38103

Re: TRANSMISSION OF RULE 5 DOCUMENTS
    USA v. William Harness
    Western District of Tennessee Case No. 10-20194
    Middle District of Tennessee Magistrate Case No. 10-3028

Dear Clerk:

Enclosed please find certified copies of Rule 5 paperwork for the above-reference case.

Sincerely,

Joyce A. Brooks
Criminal Docketing Clerk

Enclosures

cc: U. S. Marshal Service
    U. S. Probation Office

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By_____
        Deputy Clerk

Clerk
U. S. District Court
Clifford Davis and Odell Horton
 Federal Building
167 North Main Street, Room 242
Memphis, TN 38103

RECEIVED
10 MAY 14 PM 3:26
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NASHVILLE, TN 37203

OFFICIAL BUSINESS

049J8203619７
Mailed From 37203
05/12/2010
$00.78⁰
US POSTAGE
neopost

THOMAS M
CLERK, U.S. DISTRICT COURT
M/D OF TN

RECEIVED
10 MAY 14 PM 3:26