```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
_____

UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,               )
                                 )
vs.                              )     CR. NO. 10-20194-Ma
                                 )
WILLIAM HARNESS,                 )
                                 )
        Defendant.               )
_____

                   ORDER ON CHANGE OF PLEA
_____
```

This cause came on for a change of plea hearing on October 24, 2011, Assistant U.S. Attorney Jerry Kitchen appearing for the Government, and the defendant, William Harness, appearing in person and with appointed counsel, Mr. David Bell.

With leave of the Court, the defendant entered a plea of guilty to Count 1 of the Indictment.  Plea colloquy was held and the Court accepted the defendant's plea.  Sentencing is set for **Thursday, January 26, 2012 at 10:00 a.m.**

The defendant may remain on his present bond pending sentencing.

SO ORDERED this 27th day of October, 2011.

                              S/   Samuel H. Mays, Jr.
                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE