**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Cr. No.  10-20194-SHM** |
| | ) | |
| **WILLIAM HARNESS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## POSITION OF THE UNITED STATES

COMES NOW the United States of America by and through Edward L. Stanton, III, United States Attorney and Jerry R. Kitchen, Assistant United States Attorney for the Western District of Tennessee and notifies the Court of the position of the United States in accordance with § 6A1.2 of the Sentencing Guidelines and Policy Statements.

1.      The attorney for the United States has received and reviewed the Presentence Report filed in this case.

2.      The United States has no objections to the factual findings regarding the offense and the calculation of the guidelines contained within the Presentence Report.

Respectfully submitted,

EDWARD L. STANTON, III
UNITED STATES ATTORNEY

By:      *s/Jerry R. Kitchen*
          Jerry R. Kitchen
          TN 11027
          United States Attorney's Office
          167 N. Main, Suite 800
          Memphis, TN 38103
          901-544-4231
          901-544-4230 (f)

## CERTIFICATE OF SERVICE

I, Jerry R. Kitchen, hereby certify that the on the date below, I electronically filed the foregoing position paper with the Clerk of Court for the Western District of Tennessee via the Electronic File System which sent notification of said filing to: **defense counsel**.

s/Jerry R. Kitchen
JERRY R. KITCHEN
January 4, 2012