**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Cr. No.  10-20194-SHM |
| | ) |
| **WILLIAM HARNESS,** | ) |
| | ) |
| **Defendant.** | ) |

**APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM**

Jerry R. Kitchen, AUSA applies to the Court for a Writ to have WILLIAM HARNESS, OCA No., 209603 now being detained at the Davidson County Justice Center, Nashville, Tennessee to appear before Hon. Samuel H. Mays on 26th , January, 2012 at 10:00 a.m., for a sentencing hearing and for such other appearances as this Court may direct.

Respectfully submitted this 10th  day of January, 2012.

/s/ Jerry R. Kitchen
JERRY R. KITCHEN
Assistant U. S. Attorney

---

Upon consideration of the foregoing Application, Jeff Holt, U.S. Marshal, Western District of Tennessee, Memphis, SHERIFF/WARDEN, Davidson County Justice Center, Nashville, Tennessee.

YOU ARE HEREBY COMMANDED to have WILLIAM HARNESS, OCA No., 209603 appear before the Hon. Samuel H. Mays at the date and time aforementioned.

ENTERED this  10th  day of January, 2012.

s/ Tu M. Pham
TU M. PHAM
United States Magistrate Judge