10-20294-SHM

To whom it may concern:

    I, Willam Harness 19503-075, request a copy of my docket sheet and my judgement and commitment sheet. I need this sent to me asap. Thank you!

**RECEIVED**

MAR 1 2 2014

**CLERK, U.S. DIST. COURT**
**WESTERN DIST. OF TENN**