**OneMain.**
Financial

OneMain Financial
1212 NW BROAD ST STE C
MURFREESBORO, TN 37129

William Harness 19503-075
FCI Terre Haute
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

NASHVILLE TN 370
10 MAR 2014 PM 6 L

Freedom
FOREVER

Western District of TN Fed. Court
RECEIVED 111 S. Highland Ave
Jackson, TN 38301

MAR 12 2014

CLERK, U.S. DIST. COURT
WESTERN DIST. OF TENN

38301610162