EXHIBIT A

```
THABL            *        INMATE EDUCATION DATA     *     08-12-2014
PAGE 001 OF 001  *             TRANSCRIPT           *     13:20:47

REGISTER NO: 19503-075    NAME...: HARNESS              FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: THA-TERRE HAUTE FCI

---------------------------- EDUCATION INFORMATION ----------------------------
FACL ASSIGNMENT DESCRIPTION                START DATE/TIME STOP DATE/TIME
THA  ESL HAS    ENGLISH PROFICIENT         05-30-2014 1459 CURRENT
THA  GED EN     ENROLL GED NON-PROMOTABLE  05-30-2014 1459 CURRENT

----------------------------- EDUCATION COURSES ------------------------------
SUB-FACL    DESCRIPTION                 START DATE  STOP DATE  EVNT AC LV  HRS
THA         AT RISK PROGRAM - HOLL      07-19-2014  CURRENT
THA         AT RISK PROGRAM - UNIT      06-13-2014  06-22-2014  P   C  P    2
THA         CALISTHENICS                04-10-2014  06-21-2014  P   C  P    6
THA         JUMP ROPE CLASS @ FCI       04-10-2014  06-21-2014  P   C  P    6
THA         EDUCATIONAL ABDONIMAL EXER. 04-10-2014  06-21-2014  P   C  P    6
THA         FCI HEALTH FAIR 3-24-2014   03-22-2014  03-27-2014  P   C  P    1
THA         AT RISK PROGRAM - UNIT      03-12-2014  03-21-2014  P   C  P    2




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```