*EXHIBIT B*

**EMPLOYMENT LETTER**

# MASSBAUM ENTERTAINMENT CORP.

100 Pine St, East Moriches, NY 11940 • massbaum@gmail.com

June 13, 2014

To Whom it May Concern:

This letter will serve as verification that William Harness is employed by Massbaum Entertainment.

He is currently under contract with our company as a Recording Artist. We have secured a budget for the production, distribution and promotion of his next album. We are prepared to move into production on this album immediately upon his release from prison. We have also made arrangements to furnish him with a monthly salary to cover living expenses.

The outlook for his development as a commercially viable entertainer is extremely good and we hope to have him with our company for many years to come.

If you have any questions regarding his employment situation, please feel free to contact me at the number listed below.

Sincerely,

Sebastian Marbury
President, CEO Massbaum Entertainment
Phone (917) 753-5522


NOTARY:

State of  New York

County of  Suffolk

Subscribed and sworn to before me on this __13__ day of  June  in the year  2014  by

SEBASTIAN MARBURY
(Name of document signer)

_____
Notary Public

```
          LEO P DAVIS
NOTARY PUBLIC, State of New York
  No. 02DA4806305, Suffolk County
     Term Expires: 3/30/_____
```

RESIDENCE LETTER

June 23, 2014

Attn: William Curtis Harness #193705

To whom it may concern:

My name is Kelsea Akers and I am William Harness' sister-in-law. I am writing this letter to inform you that, upon release from prison, William Harness and his children will be living with myself, my fiancé (Curtis Harness- William's brother), and our son (Carter Harness- William's nephew). He will be living with us until he is financially ready to get his own place. Our current address through December 2014 is:

5731 River Rd. Apt. 216 Nashville, TN 37209

However, this address is subject to change since we are currently in the process of looking to purchase our own home. Our lease with the address listed above is good through December of this year unless we find and buy a house before then. Any changes will be sent immediately. Thank you for your time and please do not hesitate to contact me and/or Curtis in regards to this situation.

Warmest regards,

Kelsea Akers

kelseaakers@yahoo.com

kelsea.akers@resultsphysiotherapy.com

Cell: 615-440-1717


Curtis Harness

c.harness88@gmail.com

Cell: 615-506-3366