-WILLIAM HARNESS
19503-075

TERRE HAUTE FCI

PO BOX 33

Terre Haute, IN 47808

Clerk of the Court

United States District Court

**WESTERN DISTRICT OF TENNESSEE**

Re: *USA v. Harness, 10-201941-01-MA*

Dear Sirs and Mesdames,

    Enclosed, for filing, please find a Pro Se Motion to Reduce Sentence, brought pursuant to 18 U.S.C. § 3582 (c) (2). A certificate of service on opposing counsel is annexed.

    Would you kindly confirm filing, and apprise me of any return date? Thank you, and I am,

                              Sincerely yours,

encs.

                              *William Harness*
                              Pro Se

CC: United States Attorney