# Certificate of Completion

*This certifies that*

## William Harness

#19503-075

*Has successfully completed the*
*Drug Education Program*
*at the Federal Correctional Institution*
*Terre Haute, Indiana*

*This certificate is hereby issued the 17th day of June, 2014*

_____          _____
Dr. S. Lang, DAP Coordinator          Ms. Glass, Drug Treatment Specialist

# Certificate of Completion

*awarded to:*

## William Harness

For completion of the information portion of the Mock Job Fair

### FCC Terre Haute

April 16, 2014

Mr. J. Billingsley



# Certificate of Training

Be It Known That

William Harness #343489

Has successfully completed ___30___ hours of
Parenting skills training entitled "Partners in Parenting"

Developed by the DATAR and First Choice Projects
Institute of Behavioral Research
Texas Christian University, Forth Worth, Texas

AWARDED  January 23, 2014 at NECX

Warden

Program Facilitator

# GATEWAY

## THERAPEUTIC COMMUNITY

### Substance Abuse Program

#### William Harness #343489

Has successfully completed the course requirements on
January 23, 2014

Craig Julian, Unit Manager                 1/23/14
_Date_

Lisa Fraley, CCIII—Instructor              1/23/2014
_Date_

Sharon Taylor, Warden                      1/23/2014
_Date_

1. Orientation
2. Rational Thinking
3. Criminal Lifestyles
4. Living With Others
5. Lifestyle Balance
6. Recovery Maintenance
7. Transition

Correctional

Certificate of Completion

This hereby certifies that

William Harness #343489

has successfully completed

the class requirements for the

Impact of Crime on Victims Program on

January 23, 2014

_Sharon Taylor_
Warden/Superintendent/Supervisor

_Lisa Fraley_
Facilitator



# Certificate

## Of

## Attendance

This award is presented to __William Harness # 343488__ , On this date of __12 - 26 - 13__ .

Who has a perfect attendance for the ( Third Quarter of 2013 ) for his constant attendance and

determination as a faithful Member of The Tri- City Chapter of the 7 Steps Foundation at

Northeast Correctional Complex

_Jerry L. Yanke_    __12 - 26 - 2013__
Chapter Coordinator     Date

_John D. Conyers, Sr._    __12 - 26 - 2013__
Assistant Chapter Coordinator     Date

_The Rev. _____    __12 - 26 - 2013__
Inside Sponsor     Date

TRI - CITY CHAPTER

STEP FOUNDATION

Home Sweet Home



*Certificate*

*Of*

*Attendance*

This award is presented to William Barnes # 343468 , On his date of 12 - 26 - 13 .

Who has a perfect attendance for the ( Fourth Quarter of 2013 ) for his constant attendance and

determination as a faithful Member of The Tri- City Chapter of the 7 Steps Foundation at

Northeast Correctional Complex

_Gregory L. Tarable_       12 - 26 - 2013
Chapter Coordinator       Date

_Wm. D. Cooper Sr._        12 - 26 - 2012
Assistant Chapter Coordinator   Date

_Bob Henley_              12 - 26 - 2012
Inside Sponsor            Date



# Certificate Of Attendance

TRI - CITY CHAPTER

STEP FOUNDATION

Home Sweet Home

This award is presented to William Harris # 343489 . On his date of 12 - 26 - 13 .

Who has a perfect attendance for the ( Third Quarter of 2013 ) for his constant attendance and

determination as a faithful Member of The Tri- City Chapter of the 7 Steps Foundation at

Northeast Correctional Complex.

12-26-2013
Date
Chapter Coordinator

Wm. D. Cooper Sr.
Assistant Chapter Coordinator
12- 26 -2013
Date

12 - 26 - 2013
Date
Inside Sponsor



*Restoring the Community*

*Certificate of Achievement*

*This certificate is presented to*

**Williams Harness**

*In recognition of 4 weeks of Completion of Domestic Violence Class*

David Haushun
Sponsor          12-4-13
                 Date

Ben Moss
President         12-4-13
                  Date

**R.E.A.C.H.**

Iron Mountain Surrender To Win

RAIN VALLEY

ALCOHOLICS ANONYMOUS— inside Chapter

Of Northeast Correctional Complex

Attendance Certificate

Proudly Presented To

_Olivia W_ 343489

In recognition of outstanding __24__ weeks of attendance

RAIN VALLEY ALCOHOLICS ANONYMOUS—INSIDE CHAPTER

Acknowledges your extraordinary efforts on continuing to show great

Responsibility as you add to your recovery while obtaining this

Attendance certificate.

9.10.13
_Date_

Chairman

MS. EVELYN HAGLER
Sponsor

**AA**



**7th Step Organization**
**Northeast Correctional Complex**
**P.O. Box 5000**
**Mountain City, TN 37683-5000**

7-23-2013

On behalf of the Seven Steps Organization, we are writing this letter of recommendation for Mr. William Harness. William has been, and still is continuing to work hard on changing his life around. He is a great asset to our program. He is always present, hardworking in participating in the class, and has a good sense of humor to help others laugh and lighten up. We are greatly encouraged by his motivation and progress. We pray that he will only continue to grow in the good works that he is putting forward once he gets out. He has a great sense of self awareness in that he knows his past mistakes and chooses willingly not to go that direction again. We wish him the best and continued success upon his release and we will continue to be supportive in his growth upon his release.

From the Seven Steps Organization.

_George Faulkner_                          Coordinator

_Melissa Seveas_                          Inside Sponsor

Case 2:10-cv-20194-SHM Document 60-4 Filed 08/25/14 Page 12 of 23 PageID 351



# Certificate Of Attendance

## TRI - CITY CHAPTER

### 7 STEP FOUNDATION

_Home Sweet Home_

This award is presented to __William Harness # 343489__ . On this date of __8 - 5 - 13__ .

Who has a perfect attendance for the ( Second Quarter of 2013 ) for his constant attendance and

determination as a faithful Member of The Tri- City Chapter of the 7 Steps Foundation at

_Northeast Correctional Complex_

George L. Parks _8 - 3 - 13_
Chapter Secretary — _Date_

Lisa D. Osborne _8 - 5 - 13_
Assistant Chapter Coordinator — _Date_

Nelson Shields _8 - 5 - 13_
Inside Sponsor — _Date_

# Certificate of Achievement

Awarded to

## William Harness



Contact: Tennessee Prison Outreach Ministry
P.O. Box 419, Madison, TN 37116
Tel: 615-870-1126   www.tnprisonministry.org

For Successful completion of the "R&R" (Reconciled & Renewed) 8 hour Seminar - NECX

## "Finding Peace In Our Conflicted World"

Instructors:   Joseph "Jody" Colvin      Marshall E. Danby      Fred Fields      Thomas Snow

Date: July 20, 2013

X Attendance Required

# R.E.A.C.H. Organization

## Restoring Excellence And Community Harmony, Inc.

Mountain City, Tennessee

This is To Certify That

## William Harness

is Hereby Presented This

# Certificate of Active
# Membership

Having Successfully Completed:
Membership Requirements

On This ___ Day of ___ July ___ 20 __ 13 __

Sponsor - REACH

President - REACH

# R.E.A.C.H. Organization

*Restoring Excellence And Community Harmony, Inc.*

Mountain City, Tennessee

This Is To Certify That

## William Harness

## Certificate of Program Completion

Having Successfully Completed:

Thinking Outside the Fence

On This The 26th Day of July 2013

*David Hawkins*

Sponsor—REACH

*Ben Moss*

President—REACH



# Certificate Of Honorable Mention

## TRI - CITY CHAPTER
## STEP FOUNDATION

Home Sweet Home

This award is presented to William Harness # 313489 _____. On this date of 7 - 15 - 2013 .

For the Oral Presentation of the A - 7 Dad Parenting Class "What I've Learned about

Parenting", from the Tri- Cities Chapter of 7 Steps Foundation At Northeast Correctional

Complex.

_____  02 - 15 - 2013
Chapter Coordinator          Date

_____  7 - 15 - 2013
Wm. D. Cooper Sr.            Date
Region Coordinator

_____  7 - 15 - 2013
Inside Sponsor               Date

Iron Mountain Surrender To Win

RAIN VALLEY

ALCOHOLICS ANONYMOUS– inside Chapter

Of Northeast Correctional Complex

Attendance Certificate

Proudly Presented To

William Harness # 343489

In recognition of outstanding ___16___ weeks of attendance
RAIN VALLEY ALCOHOLICS ANONYMOUS—INSIDE CHAPTER
Acknowledges your extraordinary efforts on continuing to show great
Responsibility as you add to your recovery while obtaining this
Attendance certificate.

AA

7.9.13
Date

Daniel J ____
Chairman

MS. EVELYN HAGLER, ch ____
Sponsor

Iron Mountain Surrender To Win

RAIN VALLEY

ALCOHOLICS ANONYMOUS— inside Chapter

Of Northeast Correctional Complex

Attendance certificate

Proudly Presented To

_Sherman W._ 3434489

In recognition of outstanding _12_ weeks of attendance

RAIN VALLEY ALCOHOLICS ANONYMOUS—INSIDE CHAPTER

Acknowledges your extraordinary efforts on continuing to show great

Responsibility as you add to your recovery while obtaining this

Attendance certificate.

AA

6.11.13
Date

Chairman

MS. EVELYN HAGLER
Sponsor

# SEVEN STEP FOUNDATION TRI-CITY CHAPTER

# THE OUTSTANDING PERFORMANCE & ACOMPLISHMENT

This award is for

William Harness # 343489

Who has became an important part of the Seven Step Foundation, due to his volunteering for programs, above and beyond what is required.

_____ 5-30-2013
CHARTER COORDINATOR        Date

_____ 5-30-2013
ASST. CHAPTER COORDINATOR    Date

_____ 5-30-2013
Sponsor                   Date



# Certificate Of Attendance

## TRI - CITY CHAPTER

### STEP FOUNDATION

Home Sweet Home

The ...

This award is presented to William Harness # 343489. On this date of 5 - 30 - 13.

Who has a perfect attendance for the (First Quarter of 2013) for his constant attendance and determination as a faithful Member of The Tri-City Chapter of the 7 Steps Foundation at

Northeast Correctional Complex.

George L. Yandle
Chapter Coordinator                    5 - 30 - 13
                                        Date

Don D. Cooper, Sr.                      5 - 30 - 2013
Assistant Chapter Coordinator           Date

William M. Serves                       5 - 30 - 2013
                                        Date
Inside Sponsor



Certificate
Of
Participation

TRI - CITY CHAPTER
STEP FOUNDATION
Home Sweet Home

This award is presented to William Harness # 343489 , On this date of 5 - 30 - 13 .

Who has participated and completed the Parenting Class program presented by

Jay Wright and Mac Dobosk at the Northeast Correctional Complex Chapter of 7 Steps

Foundation.

George L. Fowler                        3 - 3c - 13
Chapter Foundation                      Date

Wm. D. Copeland Sr.                     5 - 30 - 2013
Honorary Chapter Coordinator            Date

Wm. N. Lewis                            5 - 30 - 2013
Tribble Sponsor                         Date

Case 2:02-cr-20195-SHM Document 951-1 Filed 08/05/20 Page 22 of 23 PageID 461

# THE TRI-CITY CHAPTER OF
# THE SEVEN STEP FOUNDATION
# "CERTIFICATE OF MEMBERSHIP"

### THIS IS TO CERTIFY THAT

William Harness # 343489

### HAS COMPLETED THE REQUIRED
### SEVEN WEEKS AND IS NOW
### AN ACTIVE MEMBER OF THE
### TRI-CITY CHAPTER OF THE
### SEVEN STEP FOUNDATION

### AWARDED THIS THE 30th DAY OF May, 2013.

CHAPTER COORDINATOR _George G. Kimbley_ DATE 5-30-2013

Asst. Chapter Coordinator _Don D. Capers Sr._ DATE 5-30-2013

Sponsor _____ DATE 5-30-2013

# Certificate
## Of
### Appreciation

**TRI - CITY CHAPTER**

**7 STEP FOUNDATION**

*Home Sweet Home*

On this date of 5 - 30 - 13 .

This award is presented to William Harness #343489

For the works and effort that has been given in the Tri- Cities Chapter of 7 Steps Foundation

At Northeast Correctional Complex

George L. Yould
*Chapter Coordinator*

Wm. D. Cooper Sr.
*Asst. Chapter Coordinator*

Wm. M. Sowers
*Insitie Sponsor*

5 - 30 - 13
*Date*

5 - 30 - 13
*Date*

5 - 30 - 2013
*Date*